*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

**JUDGMENT IN A CIVIL CASE**

JUAN VARGAS,                                  )
                                              )
                                              )
        vs.                                   )        Case No. 25-3317-CV-S-MDH
                                              )
SHERIFF JIM C. ARNOTT, et. al.,               **)**
                                              **)**

__        Jury Verdict.   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X__       Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

the Petition for Writ of Habeas Corpus is GRANTED as follows.

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a)(1).

2. Respondents must provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within ten (10) days of the date of this Order.

3. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, Petitioner must be immediately released from detention and returned to a reasonable proximity of the geographical location of arrest.

4. Petitioner shall promptly report to the Court any failure to comply with this Order by Respondent.

5. Petitioner may submit an application for fees under the EAJA within thirty days of the entry of final judgment.

6. It is FURTHER ORDERED that Respondents are enjoined from relocating Petitioner outside the jurisdiction of this Court.

**IT IS SO ORDERED**.


 January 14, 2026            Paige Wymore-Wynn
Date                        Clerk of Court


Entered on: November 24, 2025        s/Linda Howard
                            (By) Deputy Clerk